ACCEPTED
06-14-00172-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/8/2015 4:08:23 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00172-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **SIXTH COURT** |
| | § | |
| **GERALD MAC LOWREY** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2015 8:32:00 AM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Gerald Mac Lowrey, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Sixth Judicial District Court of Lamar County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Gerald Mac Lowrey</u>, and numbered 25492.

3. Appellant was convicted of Theft of material, aluminum or copper or bronze or brass, less than $20,000.00.

4. Appellant was assessed a sentence of two (2) years State Jail Division, TDCJ, probated for five (5) years on August 6, 2014.

5. Notice of appeal was given on August 12, 2014.

6.      The clerk's record was filed on November 13, 2014; the reporter's record was filed on December 9, 2014.

7.      The appellate brief is presently due on January 8, 2015.

8.      Appellant requests an extension of time of 30 days from January 8, 2015.

9.      No extension to file the brief has been received in this cause.

10.     Defendant is currently free on bond.

11.     Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney has had hearings in the following cases on the dates indicated:

In the Interest of E.C. a child (CPS case) in the Lamar County Court at Law

12/9/2014

Howe v. Lester, in Lamar County, Texas Justice Court, Precinct 5, Place 2

12/10/2014

Child Protective Services Docket, in the Lamar County Court at Law

12/16/2014

Child Protective Services Docket, Sixth District Court of Lamar County, Texas.

12/17/2014

In the Interest of R.W., a Child, in the Lamar County Court at Law

12/30/2014

In the Interest of R.W., a Child, in the Lamar County Court at Law

1/2/2015

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Gary L. Waite
104 Lamar Ave.
Paris, Texas 75460
(903) 785-0096
(903) 785-0097


By: _____
·Gary L. Waite
State Bar No. 20667500
garywaite@sbcglobal.net
Attorney for Gerald Mac Lowrey

## CERTIFICATE OF SERVICE

This is to certify that on January 6, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lamar County, 119 N. Main, Paris, Texas 75460, by personal delivery.

Gary L. Waite

**STATE OF TEXAS** § § §

**COUNTY OF LAMAR** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Gary L. Waite, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Gary L. Waite
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___1 – 6 –___ , 2015, to certify which witness my hand and seal of office.



PEGGY HART
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/02/2017

Notary Public, State of Texas